UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 19:23993-civ-Scola

NANCY ANDREUS
and other similarly-situated individuals,

    Plaintiff(s),

v.

GLOBAL RESORTS GROUP, CORP.
d/b/a/ EL PARAISO MOTEL

    Defendant,
_____/

## NOTICE OF STRIKING DOCKET ENTRY NO.10

Plaintiff by and through the undersigned counsel, hereby files this Notice of Striking D.E. 10.

Dated: October 21, 2019                        Respectfully Submitted,

                                      ZANDRO E. PALMA, P.A.
                                      9100 S. Dadeland Blvd., Suite 1500,
                                      Miami, Florida, 33156
                                      Tel: 305-446-1500
                                      Fax: 305-446-1502
                                      zep@thepalmalawgroup.com

                                      By:  /s/ Zandro E. Palma___
                                      Zandro E. Palma, Esq.
                                      Florida Bar Number: 0024031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*