UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-23993-SCOLA/TORRES

NANCY ANDREUS,

    Plaintiff,

vs.

GLOBAL RESORTS GROUP, CORP.,
d/b/a EL PARASIO MOTEL,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF COMPLIANCE
WITH COURT'S ORDER OF APRIL 14, 2020 [DE 54] DIRECTING
DEFENDANT TO SERVE THE REPORT AND RECOMMENDATION
ON PENDING MOTIONS FOR FRAUD ON THE COURT**

Defendant files this NOTICE OF COMPLIANCE WITH COURT'S ORDER OF APRIL 14, 2020 [DE 54] DIRECTING DEFENDANT TO SERVE THE REPORT AND RECOMMENDATION ON PENDING MOTIONS FOR FRAUD ON THE COURT and states:

In compliance with this Court's Order of April 14, 2020 [DE 54] directing the Defendant to serve a copy of the REPORT AND RECOMMENDATION ON PENDING MOTIONS FOR FRAUD ON THE COURT [DE 54] by mail on Plaintiff at Plaintiff's updated address, which is 302 NW 17th Avenue, Miami, Florida 33125 per Plaintiff Correction of Address [DE 42], Defendant certifies that a copy of the foregoing motion was mailed to Plaintiff at the aforesaid address on today's date.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that this 14th day of April 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and we also certify that the foregoing document is being served this day a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and we also certify that the foregoing document is being served this day **by mail** to: **Nancy Andreus**, Pro Se Plaintiff, 302 NW 17th Avenue, Miami, Florida 33125.

WEINSTEIN & COHEN, P.A.
Counsel for Defendant GLOBAL RESORTS GROUP, CORP.
Oaks Plaza - Suite 400
14125 NW 80th Avenue
Miami Lakes, Florida 33016
Miami           (305) 374-1011
Miami Fax    (305) 373-8127
E-Service:    eservice@weinsteincohen.com

By         /s/ Judson Cohen
          JUDSON L. COHEN
          Fla. Bar No.: 0948748